phillipcruzuns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
FEB 08 2008 chs
JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PHILLIP CHRISTOPHER CRUZ,<br>Defendant. | CRIMINAL CASE NO. 04-00039<br><br>**APPLICATION TO UNSEAL RECORD** |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the government has dismissed this case and there is no longer a need to keep this matter sealed.

Respectfully submitted this 8th day of February 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: [signature]
KARON V. JOHNSON
Assistant U.S. Attorney